# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# PIKEVILLE DIVISION

IN RE: Kimberly Renee Bates                                    Case Number: 21-70279

# AMENDED
# TRUSTEE'S REPORT AND
# RECOMMENDATION AS TO CONFIRMATION

Confirmation:  Recommended; however -

The time period within which creditors may file objections to confirmation pursuant to Fed. R. Bankr. P. 3015(f) or KYEB LBR 3015-3(a)(i) has not passed.

CERTIFICATE OF SERVICE

I certify that the foregoing was served via ECF on 1/27/2022.

/s/   Beverly M. Burden
Beverly M. Burden, Trustee
P O Box 2204
Lexington, KY  40588-2204
(859) 233-1527
notices@ch13edky.com

ADAMS, TOYRAY
Served VIA ECF